# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**CAROL WILDMAN**


        **vs.**                              **CASE NUMBER: 1:05-CV-899 (FJS/DRH)**

**VERIZON CORPORATION, NICHOL HALL,
SANDY SHIVAS, JOY RICHARDSON, and
JUDY SHELDON, Individually**


**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That defendants' motion for summary judgment is granted, therefore judgment is hereby entered in favor of the defendants'.

All of the above pursuant to the order of the Honorable Judge Frederick J. Scullin, Jr., dated the 14th day of January, 2009.


DATED: January 14, 2009

Clerk of Court

s/

_____

Joanne Bleskoski
Deputy Clerk